IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAMELA PETTIS COBB,
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF MEGAN NICOLE
PETTIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3703

       Appellant,

v.

JOSEPH G. MOODY AND
EMERALD COAST
BEHAVIORAL HOSPITAL,
LLC,

       Appellees.

_____/

Opinion filed February 11, 2015.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

David B. Pleat of Pleat, Perry & Ritchie, P.A., Destin; John Booth of Walborsky &
Bradley, Pensacola, for Appellant.

Jeffrey L. Blostein of The Law Office of Jay Cohen, P.A., Fort Lauderdale, for
Appellee Emerald Coast Behavioral Hospital, LLC.


PER CURIAM.

       AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.